Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Craig Stevens                                    Docket No. 00-00127-002

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Craig Stevens, who was placed on supervision by the Honorable Donald E. Ziegler sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of December 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Participate in drug testing and treatment as directed.
- Pay restitution in the sum of $145,002.40, jointly and severally with codefendant, James Stevens.

12 01 00:   Conspiracy to Commit Bank Fraud; 28 months' imprisonment, followed by 3 years' supervised release.
09 11 03:   Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee paid a total of $596.41 towards the restitution amount of $144,405.99, to be paid jointly and severally with codefendant, James Stevens  The supervised releasee has faithfully made $20 monthly payments, as instructed by the probation office. Since the supervised releasee has made the required monthly payments on his restitution and has abided all other conditions of his supervised release, your Petitioner requests that the supervised release term be permitted to expire with a restitution balance still owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00127-002 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on _____ July 27, 2006 _____

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA